# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Justin L. Hawbaker, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 224 C.D. 2016 |
| | : | |
| Workers' Compensation Appeal | : | |
| Board (Kriner's Quality Roofing | : | |
| Services and Uninsured Employer | : | |
| Guaranty Fund), | : | |
| Respondents | : | |

## **O R D E R**

NOW, April 3, 2017, upon consideration of petitioner's application for reargument and respondents' answer in response thereto, the application is denied.

_____

MARY HANNAH LEAVITT,
President Judge